Robert J. Gumser
Attorney, State Bar # 131884
3702 4th Avenue
San Diego, California 92103
Phone (619) 232-1555
rgumser@aol.com

Attorney for Plaintiffs,
Robert J. Stella and Eloina Stella

UNITED STATES DISTRICT COURT
FOR THE
CENTRAL DISTRICT
OF CALIFORNIA

| | |
|---|---|
| ROBERT J. STELLA and ELOINA STELLA ) | Docket No.: |
| ) | |
| Plaintiffs, ) | COMPLAINT |
| ) | |
| ) | |
| ) | |
| ) | |
| UNITED STATES OF AMERICA ) | |
| ) | |
| Defendant. ) | |

COMPLAINT

COMES NOW Plaintiffs, ROBERT J. STELLA and ELOINA STELLA, by and through their attorney, Robert J. Gumser and complains of the Defendant, UNITED STATES OF AMERICA, as follows:

1.  Plaintiffs are individuals with a residence address at 2786 Redwing Circle, Costa Mesa, California.  Defendant is the United States of America.

2.  This action arises under the provisions of Title 28, Section 1346(a)(1), of the United States Code and Title 26, Section 7422 of the United States Code.

3.  Plaintiffs, report their income for federal income tax purposes on the calendar year basis.

1

For the calendar year 12/31/2020 the plaintiffs timely filed their income tax return with an extension on or around 8/25/2021, with the Internal Revenue Service Center designated for filing income tax returns for California residents, and reported for income tax purposes a tax operating loss of - $1,457,662.   The net operating loss was computed as follows: Adjusted gross income of -$1,456,933 was reduced by the standard deduction of $26,100 in excess of nonbusiness income of $729 equaling -$1,457,662.

4.   In accordance with the provisions of Sections 172 of the Internal Revenue Code, plaintiffs carried back the described net operating loss to the calendar year 2015, for which year plaintiffs filed an income tax return on 7/30/2016, reporting a net taxable income of $260,008 and an income tax liability of $61,332.  The carryback reduced plaintiffs' net taxable income for the calendar year 2015 to -$1,215,759 and plaintiffs' income tax liability for that year to zero.

5.   The aforementioned carryback to 2015 created a net operating loss in 2015. This net operating loss was carried forward to 2016 and was computed as follows: The initial carryback loss of -$1,457,662 was reduced by the net operating loss absorbed in 2015 of $244,559 equaling -$1,213,103.

6.   In accordance with the provisions of Sections 172 of the Internal Revenue Code, plaintiffs carried forward the described net operating loss to the calendar year 2016, for which year plaintiffs filed an income tax return on or around 8/16/2017, reporting a net taxable income of $219,097, and an income tax of $48,333.  The carryforward reduced plaintiffs' net taxable income for the calendar year 2016 to -$981,856 and plaintiffs' income tax liability for that year to zero.

7.   The net operating loss carryforward to 2016 created a net operating loss in 2016.  This net operating loss was carried forward to 2017 and was computed as follows: The net operating loss carried forward to 2016 of -$1,213,103 was reduced by the net operating loss absorbed in 2016 of $195,456 equaling -$1,017,647.

8.   In accordance with the provisions of Sections 172 of the Internal Revenue Code, plaintiffs carried forward the above described net operating loss to the calendar year 2017, for which year plaintiffs filed an income tax return on or around 9/18/2018, reporting a net taxable income of $343,486  and an income tax of $88,855.  This carry forward reduced plaintiffs' net taxable income

1  for the calendar year 2017 to -$661,195 and plaintiffs' income tax liability for that year to zero.

2      9. The net operating loss carryforward to 2017 created a net operating loss in 2017. This net

3  operating loss was carried forward to 2018 and was computed as follows: The net operating loss

4  carried forward to 2017 of -$1,017,647 was reduced by the net operating loss absorbed in 2017 of

5  $319,701 equaling -$697,946.

6      10. In accordance with the provisions of Sections 172 of the Internal Revenue Code, plaintiffs

7  carried forward the above described net operating loss to the calendar year 2018, for which year

8  plaintiffs filed an income tax return on or around 8/27/2019, reporting a net taxable income of

9  $376,675, and an income tax of $74,129. This carry forward reduced plaintiffs' net taxable income

10  for the calendar year 2018 to -$225,928 and plaintiffs' income tax liability for that year to $314.

11     11. The net operating loss carryforward to 2018 created a net operating loss in 2018. This net

12  operating loss was carried forward to 2019 and was computed as follows: The net operating loss

13  carried forward to 2018 of -$697,946 was reduced by the net operating loss absorbed in 2018 of

14  $389,195 equaling -$308,751.

15     12.  In accordance with the provisions of Sections 172 of the Internal Revenue Code,

16  plaintiffs carried forward the above described net operating loss to the calendar year 2019, for which

17  year plaintiffs filed an income tax return on or around 10/15/2020, reporting a net taxable income

18  of $959,613  and an income tax of $148,829. This carry forward reduced plaintiffs' net taxable

19  income for the calendar year 2019 to $698,928 and plaintiffs' income tax liability $81,032.

20     13.  On September 20, 2023, plaintiffs filed with the Internal Revenue Service at the Austin,

21  Texas Service Center, claims for refunds as follows:

22     1.  2015 refund claimed $54,342;

23     2.  2016 refund claimed $41,626;

24     3.  2017 refund claimed $88,855;

25     4.  2018 refund claimed $73,815;

26     5.  2019 refund claimed $67,797;

27     14.  These claims for refund represent the difference between what plaintiffs had previously

28  paid in income taxes for the calendars years 2015 to 2019, and the amount of actual tax liability due

3

for each year as computed after the carryback of plaintiffs net operating loss from the 2020 calendar year.  A copy of each refund claim is attached individually and respectively as Exhibits A through E.

15.  More than 6 months have elapsed since plaintiffs filed the claims for refund but no action has been taken by defendant on the claims.

WHEREFORE,  plaintiffs demand judgment against defendant for each refund claim, totaling $326,435, interest and costs.

Dated: June 14, 2024

_____
Robert J. Gumser, attorney
for plaintiffs

COMPLAINT